IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

DALE SMALLWOOD,

    Plaintiff,

vs.                                            CASE NO. 5:09cv174/RS-AK

OFFICER SANDRA LOCKE, et al,

    Defendants.
_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 8). Plaintiff has not filed objections.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Plaintiff's Amended Complaint (Doc. 7) is dismissed pursuant to 28 U.S.C. §1915(e)(2) for failure to state a claim upon which relief may be granted.

3. The clerk is directed to note on the docket that this case was dismissed pursuant to 28 U.S.C. §1915(e)(2)(B)(ii).

4. The clerk is directed to close the file.

**ORDERED** on September 18, 2009.

                                               /S/ Richard Smoak
                                               **RICHARD SMOAK**
                                               **UNITED STATES DISTRICT JUDGE**